IN RE **Holland, Mark D** _____  Case No. **1:12-bk-18302** _____
                       Debtor(s)                                          (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit at Plainville Village Green. | | 930.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Bed | | 500.00 |
| | | Bedroom Furniture | | 500.00 |
| | | Laptop Computer | | 300.00 |
| | | Living Room Chairs | | 300.00 |
| | | Living Room Sofa | | 200.00 |
| | | Living Room Table | | 300.00 |
| | | Minor appliances | | 300.00 |
| | | Other Furniture | | 500.00 |
| | | Other Household Goods | | 300.00 |
| | | Samsung 40" Television | | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Maps + Paintings | | 700.00 |
| | | Roland Digital Piano | | 1,000.00 |
| 6. Wearing apparel. | | Clothing | | 400.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.  Case 12-18302  Doc 27  Filed 02/11/13  Entered 02/11/13 16:25:26  Desc Main Document  Page 2 of 6

IN RE Holland, Mark D
_____
Debtor(s)

Case No. **1:12-bk-18302**
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k with State Street. Inherited IRA - inherited from father and located in Kennebunk Savings Bank, Kennebunk, ME. | | 56,837.59 42,224.60 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Inheritance from father. | | 26,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 1:12-18302  Doc 27  Filed 02/11/13  Entered 02/11/13 16:25:26  Desc Main
Document  Page 3 of 6

IN RE Holland, Mark D
Debtor(s)

Case No. 1:12-bk-18302
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL  132,692.19

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE Holland, Mark D _____ Case No. 1:12-bk-18302 _____
Debtor(s)                                                                                  (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank Account | 11 USC § 522(d)(5) | 175.00 | 1,000.00 |
|  | 11 USC § 522(d)(5) | 825.00 | |
| Security Deposit at Plainville Village Green. | 11 USC § 522(d)(5) | 930.00 | 930.00 |
| Bed | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Bedroom Furniture | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Laptop Computer | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Living Room Chairs | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Living Room Sofa | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Living Room Table | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Minor appliances | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Other Furniture | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Other Household Goods | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Samsung 40" Television | 11 USC § 522(d)(3) | 400.00 | 400.00 |
| Maps + Paintings | 11 USC § 522(d)(3) | 700.00 | 700.00 |
| Roland Digital Piano | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| Clothing | 11 USC § 522(d)(3) | 400.00 | 400.00 |
| 401k with State Street. | 11 USC § 522(d)(12) | 56,837.59 | 56,837.59 |
| Inherited IRA - inherited from father and located in Kennebunk Savings Bank, Kennebunk, ME. | 11 USC § 522(d)(12) | 42,224.60 | 42,224.60 |
| Inheritance from father. | 11 USC § 522(d)(5) | 45.00 | 26,000.00 |
|  | 11 USC § 522(d)(5) | 10,000.00 | |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

IN RE **Holland, Mark D**                                          Case No. **1:12-bk-18302**
                    Debtor(s)                                                          (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                            $     930.00
   a. Are real estate taxes included?     Yes ___   No ✓
   b. Is property insurance included?     Yes ___   No ✓
2. Utilities:
   a. Electricity and heating fuel                                                                $      50.00
   b. Water and sewer                                                                             $
   c. Telephone                                                                                   $      80.00
   d. Other  See Schedule Attached                                                                $     200.00
                                                                                                  $
3. Home maintenance (repairs and upkeep)                                                          $
4. Food                                                                                           $     500.00
5. Clothing                                                                                       $     100.00
6. Laundry and dry cleaning                                                                       $      20.00
7. Medical and dental expenses                                                                    $      70.00
8. Transportation (not including car payments)                                                    $
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                               $
10. Charitable contributions                                                                      $
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                    $      20.00
    b. Life                                                                                       $
    c. Health                                                                                     $
    d. Auto                                                                                       $      85.00
    e. Other _____                                                                      $
                                                                                                  $
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                                     $
                                                                                                  $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                       $     340.00
    b. Other _____                                                                      $
                                                                                                  $
14. Alimony, maintenance, and support paid to others                                              $
15. Payments for support of additional dependents not living at your home                         $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)  $
17. Other  **Gas**                                                                                $     160.00
           **Tennis Club Membership**                                                             $      25.00
           **Auto Maintenance**                                                                   $      25.00

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if   $   2,605.00
applicable, on the Statistical Summary of Certain Liabilities and Related Data.

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I                                          $   2,923.86
    b. Average monthly expenses from Line 18 above                                                $   2,605.00
    c. Monthly net income (a. minus b.)                                                           $     318.86

IN RE Holland, Mark D _____    Case No. 1:12-bk-18302 _____
                        Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Other Utilities | |
| Cell Phone | 80.00 |
| Internet | 60.00 |
| Cable TV | 60.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only