**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Mark D. Holland

**Case/AP Number** 12-18302 **-FJB**
**Chapter** 13

#53 Trustee's Motion filed by Trustee Carolyn Bankowski-13 to Reconvert Case to Chapter 7

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the response of the Debtor, the Trustee shall file, on or before May 28, 2014,
either a notice of withdrawal of the motion to dismiss or a supplement to the motion to
dismiss.

IT IS SO ORDERED:

_____ Dated: 05/14/2014
Frank J. Bailey
United States Bankruptcy Judge