*OLF (Official Local Form 12)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Mark D. Holland　　　　　　　　　　　Case No. 12-18302

　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor

## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

The debtor(s) hereby move(s) the Court for entry of discharge. The required affidavit(s) accompany/accompanies this motion.

/s/ Steven Sroczynski
-----
Counsel for Debtor(s) or pro se debtor
Printed Name Steven Sroczynski, Esq.
Address 150 Grossman Dr. #201
BBO# Braintree, MA 02184
Telephone 680387
Email (617) 367-2199
Steve.Sroczynski@gmail.com

OLF12  (Official Local Form 12 Affidavit)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re Mark D. Holland                                Case No. 12-18302

                                                     Chapter 13

                    Debtor

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

In support of the Motion for Entry of Chapter 13 Discharge, I/we Mark D. Holland, hereby certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

   a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

   b. any domestic support obligations that arose after the filing of the petition.

2. I have completed a financial management course pursuant to 11 U.S.C. § 1328(g)(1) and filed a certification of completion with the Court.

3. I have:

   a. not claimed a homestead exemption in excess of the applicable cap described in 11 U.S.C. § 522(q)(1), or

   b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: 1/12/18
Signed: *Mark D. Holland*        Printed Name: Mark D. Holland
Address: 12 Teal Circle, Walpole, MA 02081
Telephone Number: (508) 740-7362