US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   Holland, Mark D,                                Chapter 13
         Debtor                                          Case No. 1:12-bk-18302

## NOTICE OF CHANGE OF ADDRESS

Now comes the debtor, Mark Holland, and through his counsel, states that his current address is: 12 Teal Circle, Walpole, MA 02081.

WHEREFORE the debtor requests the Court take notice of debtor's new address:

Mark D. Holland

12 Teal Circle

Walpole, MA 02081


The Debtor,

MARK D. HOLLAND

By his attorney,

/s/ Steven Sroczynski_____
Steven Sroczynski, Esq., BBO No. 680387
**Cellai Law Offices, P.C.**
150 Grossman Drive, Suite 201
Braintree, Massachusetts 02184
(617) 367-2199
Steve.Sroczynski@gmail.com

US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Holland, Mark D,                                    Chapter 13
        Debtor                                              Case No. 1:12-bk-18302

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **February 1, 2018** a copy of **Notice of Change of Address** was served via first class mail and ECF on the trustee and the creditors at the addresses set forth below:

AAA Financial Services
PO Box 982235
El Paso, TX 79998-2235

Elan Financial Service
PO Box 108
Saint Louis, MO 63166

12-18302|Boston|U. S. Bankruptcy Court|J.W. McCormack Post Office & Court House|5 Post Office Square, Suite 1150|Boston, MA 02109-3945 ||
12-18302|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
12-18302|American Honda Finance |470 Granby Road|South Hadley, MA 01075-3218| |||
12-18302|AMERICAN HONDA FINANCE|P O BOX 168088|IRVING TX 75016-8088||||preferred
12-18302|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred duplicate
12-18302|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred duplicate
12-18302|Citizens Bank |1 Citizens Drive|Riverside, RI 02915-3000| |||
12-18302|Client Services, Inc. |3451 Harry S Truman Blvd.|St Charles, MO 63301-9816| |||
12-18302|Credit One Bank |Po Box 98872|Las Vegas, NV 89193-8872| |||
12-18302|Discover Bank |DB Servicing Corporation|PO Box 3025|New Albany, OH 43054-3025| ||
12-18302|Discover Fin Svcs Llc |Po Box 15316|Wilmington, DE 19850-5316| |||
12-18302|Discover Personal Loan |Po Box 30954|Salt Lake City, UT 84130-0954| |||
12-18302|US BANK|PO BOX 5229|CINCINNATI OH 45201-5229||||preferred
12-18302|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred duplicate

12-18302|FIA Card Services, N.A. |4161 Piedmont Parkway|NC4 105 03 14|Greensboro, NC 27410| ||
12-18302|Hsbc Bank |PO Box 49311|San Jose, CA  95161-9311| |||
12-18302|Internal Revenue Service |Centralized Insolvency Operation|PO Box 7346|Philadelphia, PA 19101-7346| ||
12-18302|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred
12-18302|Kohl's |c/o CapOne|PO Box 3115|Milwaukee, WI 53201-3115| ||
12-18302|NCO Financial Systems, Inc. |PO Box 17218 DEPT 64|Wilmington, DE 19850-7218| |||
12-18302|Orchard Bank |HSBC Card Services PO Box 17051|Baltimore, MD  21297-1051| |||
12-18302|Phillips & Cohen Associates, Ltd. |1002 Justison St.|Wilmington, DE 19801-5148| |||
12-18302|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
12-18302|Sallie Mae |PO Box 9420|Wilkes-Barre, PA 18773-9420| |||
12-18302|Sallie Mae PC Trust |c/o Sallie Mae Inc.|220 Lasley Ave|Wilkes-Barre, PA 18706-1496| ||
12-18302|St Mary's Credit Union |Cardmember Service PO Box 790408|St Louis, MO 63179-0408| |||
12-18302|St Marys Credit Union |PO Box 729|Marlborough, MA 01752-0729| |||
12-18302|United Recovery Systems, LP |PO Box 722929|Houston, TX  77272-2929| |||
12-18302|Carolyn Bankowski-13-12 |Chapter 13-12 Trustee Boston|P. O. Box 8250|Boston, MA 02114-0950|||
12-18302|John Fitzgerald |Office of the US Trustee|J.W. McCormack Post Office & Courthouse|5 Post Office Sq., 10th Fl, Suite 1000|Boston, MA 02109-3901||

 /s/ Steven Sroczynski
Steven Sroczynski, Esq. BBO #680387
Attorney for Debtor
**Cellai Law Offices, P.C.**
150 Grossman Drive #201
Braintree, MA 02184
(617) 367-2199
steve.sroczynski@gmail.com